```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 25337
    JESSE PHILLIPS JR
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-3957


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 07/07/2004 and was confirmed 09/15/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  22.26% from remaining funds.

    The case was paid in full 05/19/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
PCFS MORTGAGE RESOURCES    CURRENT MORTG        .00             .00             .00
PCFS MORTGAGE RESOURCES    MORTGAGE ARRE    4000.00             .00         4000.00
PCFS FINANCIAL SERVICES    NOTICE ONLY     NOT FILED            .00             .00
ALVERNO RECEIVABLES        UNSECURED       NOT FILED            .00             .00
AMERICAN EXPRESS TRAVEL    UNSECURED         705.11             .00          156.94
AMERICAN GENERAL FINANCE   UNSECURED        1307.34             .00          290.99
ROUNDUP FUNDING LLC        UNSECURED        8838.13             .00         1967.19
AMERITECH                  UNSECURED       NOT FILED            .00             .00
AMERITECH                  NOTICE ONLY     NOT FILED            .00             .00
BELL SOUTH                 UNSECURED       NOT FILED            .00             .00
BELL SOUTH                 NOTICE ONLY     NOT FILED            .00             .00
NCM TRUST                  UNSECURED        1141.15             .00          254.00
CAPITAL ONE BANK           UNSECURED         892.05             .00          198.55
CB USA                     UNSECURED       NOT FILED            .00             .00
COMED TRANSPORT            UNSECURED       NOT FILED            .00             .00
COMED TRANSPORT            NOTICE ONLY     NOT FILED            .00             .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED            .00             .00
COMED                      NOTICE ONLY     NOT FILED            .00             .00
CREDIT FIRST               UNSECURED OTH     169.89             .00           37.72
FUSA BANK                  UNSECURED       NOT FILED            .00             .00
ROUNDUP FUNDING LLC        UNSECURED        2457.00             .00          546.88
JACKSON AMR                UNSECURED       NOT FILED            .00             .00
ASSET ACCEPTANCE CORP      UNSECURED         575.83             .00          128.17
MBNA AMERICA               NOTICE ONLY     NOT FILED            .00             .00
MEDCLR INC                 UNSECURED       NOT FILED            .00             .00
MENARDS                    UNSECURED       NOT FILED            .00             .00
MENARDS                    NOTICE ONLY     NOT FILED            .00             .00
MENARDS                    NOTICE ONLY     NOT FILED            .00             .00
RESURGENT ACQUISITION LL   UNSECURED         455.66             .00          101.42
SMITH ROUCHON & ASSOC      UNSECURED OTH     289.00             .00           65.92
SMITH ROUCHON & ASSOC      UNSECURED       NOT FILED            .00             .00
UNIFUND LPD LLC            UNSECURED       NOT FILED            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 25337 JESSE PHILLIPS JR
```

```
VILLAGE OF MATTESON       UNSECURED      NOT FILED              .00          .00
VILLAGE OF MATTESON       NOTICE ONLY    NOT FILED              .00          .00
NICOR GAS                 UNSECURED OTH     134.96              .00        28.62
CAPITAL ONE BANK          UNSECURED         973.85              .00       216.76
LEGAL REMEDIES CHARTERED  DEBTOR ATTY       700.00                         700.00
TOM VAUGHN                TRUSTEE                                          531.84
DEBTOR REFUND             REFUND                                             4.00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  9,229.00

PRIORITY                                              .00
SECURED                                          4,000.00
UNSECURED                                        3,993.16
ADMINISTRATIVE                                     700.00
TRUSTEE COMPENSATION                               531.84
DEBTOR REFUND                                        4.00
                        ---------------      ---------------
TOTALS                   9,229.00                9,229.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 08/27/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE